

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00512-CR

Timothy Paul **MURNANE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5756
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  November 27, 2013

DISMISSED

Appellant filed a motion to dismiss this appeal; the motion is signed by Appellant and his counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is dismissed. *See id.*; *Conners v. State*, 966 S.W.2d 108, 110 (Tex. App.—Houston [1st Dist.] 1998, pet. ref'd).

PER CURIAM

DO NOT PUBLISH